# United States District Court
## WESTERN DISTRICT OF TENNESSEE

## JUDGMENT IN A CIVIL CASE

BILLY W. PRICE,
Plaintiff,

v.                                                          Cv. No. 1:13-1025-JDT-egb

SGT. JIMMY ARNOLD, in his Individual &
Official Capacity, OFFICER BOBBY R.
WEDGWORTH, in his Individual & Official
Capacity,
Defendants.

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above styled matter on 7/23/14, the Defendants' motion for summary judgment is **GRANTED** and this case is hereby **DIMISSED**.

**APPROVED:**

                                           s/ **James D. Todd**
                                           JAMES D. TODD
                                           UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: Cassandra Ikerd**
**DEPUTY CLERK**